# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

Case Number: 02-CV-331 PAM Case Title: CFTC v. Nauman

## MOTION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, Glynn L. MAYS, am currently a member in good standing of the bar of the United States District Court for the —— District of Colorado, but not admitted to the bar of this court. I will be representing Commodity Futures Trading Commission (CFTC) (Government Agency) in the action listed above.

[signature] 3/12/02
Signature Date

State I.D.: 184531 (DC)

Government Agency: Commodity Futures Trading Commission
Suite/Building: Office of General Counsel
Street Address: 1155 21 Street, NW
City State Zip: Washington, DC 20581
Telephone: (202 418 5140

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

David R. Merrill Mar 12, 2002
Signature Date

Name: David R. Merrill
Title: Acting General Counsel
U.S. Agency: Commodity Futures Trading Commission

Motion Granted: [signature] MAR 13 2002
For the Court: Richard D. Sletten, Clerk mmc Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____