DISTRICT

IN THE UNITED STATES ~~BANKRUPTCY~~ COURT
FOR THE DISTRICT OF MINNESOTA

In re:

LEONARD G. NAUMAN,

Debtor.

Chapter 7
No. 00-45285-NCD

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

LEONARD G. NAUMAN,

Defendant.

Adv. Proceeding No.
01-4273
Civil #02-CV-331 PAM/JCL

STIPULATION AND ORDER

Plaintiff, Commodity Futures Trading Commission ('CFTC"), by its attorney, Glynn L. Mays, Senior Assistant General Counsel, Commodity Futures Trading Commission and Debtor/Defendant, Leonard G. Nauman, *pro se*, hereby stipulate as follows:

A. Debtor/Defendant Nauman filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on December 13, 2000.

B. On October 19, 2001 Plaintiff CFTC filed the instant adversary proceeding to determine that a claim of the CFTC against the Debtor/Defendant for $556,452 in the nature of restitution was not dischargeable.

MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

C. Plaintiff CFTC and Debtor/Defendant Nauman desire to terminate the current adversary proceeding and agree that the Court should enter an order that the foregoing claim is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2).

D. Plaintiff CFTC agrees to promptly withdraw as a co-plaintiff in a separate adversary proceeding against Debtor/Defendant Nauman that is also pending in the Bankruptcy Court for the District of Minnesota, captioned CFTC and Moratzka v. Nauman Adv. Proc. No. 01-4272-NCD after this Order is entered.

ACCORDINGLY, the Court being fully advised,

IT IS ORDERED that the claim of the CFTC against the debtor/defendant for $556,452 is not dischargeable.

Date: Mar 23, 2002

~~Nancy C. Dreher~~
United States ~~Bankruptcy~~ DISTRICT Judge

Approved by:

Leonard G. Nauman, *pro se*
1020 Quebec Avenue N.
Golden Valley, MN 55427

Debtor
(763) 208-0874

Date: 27 FEB 02

Glynn L. Mays
Senior Assistant General Counsel
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581

Counsel for the Commodity Futures Trading Commission
(202) 418 5120

Date: March 7, 2002